UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00419-MOC

| | | |
|---|---|---|
| **RASHOD SENTELLE ROBINSON,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the court on review of the government's Response to Petitioner's Motion to Vacate (#3). Petitioner will be allowed an opportunity to Reply.

**ORDER**

**IT IS, THEREFORE, ORDERED** that petitioner is allowed 30 days within which to file his Reply to the government's Response to Petitioner's Motion to Vacate (#3).

Signed: November 24, 2015

Max O. Cogburn Jr.
United States District Judge